United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ferdinand Ladera, Plaintiff )<br>)<br>v. )<br>)<br>The Individuals, Partnerships, and )<br>Unincorporated Associations )<br>Identified on Schedule "A", )<br>Defendants. ) | Civil Action No. 23-23228-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

The Plaintiff's Motion for Entry of Final Judgment by Default as to Certain Defendants Identified in Schedule A (ECF No. 71) was referred to United States Magistrate Judge Eduardo I. Sanchez for a report and recommendation. (ECF No. 74.) On September 17, 2024, Judge Sanchez issued a report, recommending that the Plaintiff's motion be granted in full. (R&R, ECF No. 77.) The parties have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Sanchez's report, the record, and the relevant legal authorities. The Court finds Judge Sanchez's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Sanchez's report and recommendation (**ECF No. 77**). The Court **grants** the Plaintiff's Motion for Entry of Final Default Judgment (**ECF No. 71**).

It is hereby **ordered and adjudged** that final default judgment is entered in favor of the Plaintiff and against the Defendants listed in Schedule A of Judge Sanchez's report and recommendation. The Defendants are permanently enjoined from further infringing on the Plaintiff's copyright of the Work. The Plaintiff is awarded statutory damages of $100,000 against each Defendant listed in Schedule A. Finally, the Court orders the release to the Plaintiffs of the pertinent funds previously restrained under the Preliminary Injunction (ECF No. 42) to satisfy the monetary judgment against each Defendant listed in Schedule A.

The clerk is directed to **administratively close** this case.

**Done and ordered**, at Miami, Florida, on September 25, 2024.

                                                        Robert N. Scola, Jr.
                                                        United States District Judge